Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Evelyn Ann Gentry | § | |
| | § | CASE NO. 06-70001-HDH-13 |
| | § | |
| | § | |
| DEBTOR | § | |

MOTION FOR DEBTOR'S AUTHORITY TO OBTAIN CREDIT
FOR THE PURCHASE OF A VEHICLE

TO THE HONORABLE JUDGE OF SAID COURT:

DEBTOR, Evelyn Ann Gentry, files this Motion for Debtor's Authority to Obtain Credit for the Purchase of a Vehicle, and would respectfully show the Court as follows:

1. Debtor's Chapter 13 case was filed on January 9, 2006.
2. Debtor's case was confirmed on March 17, 2006.
3. Debtor wishes to finance the purchase of a vehicle in an amount not to exceed 17,000.00. State National Bank is attempting to assist the Debtor with financing and have provided this office with the attached "Good Faith Estimate". See Exhibit "A"
4. Debtor proposes to repay the financed amount over 72 months at approximately 6.50% interest with a monthly payment of approximately $286.00. Additionally, Debtor requests that the Court grant her permission to pay such expenses of purchase as set forth in the said attached estimate.
5. Amended Schedule J of Debtor's Voluntary Petition on file with the Clerk of this Court reflects sufficient disposable income to make the required payments of approximately $286.00 per month toward the purchase of the vehicle.
6. Debtor requests permission to pay the amount of $400.00 directly to Monte J. White and Associates, P.C. for the preparation and filing of this motion.

  FOR THESE REASONS, Debtor requests an order allowing the purchase as set forth herein, and for such other and further relief to which Debtors may show themselves entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on October 1, 2009, a true and correct copy of the foregoing was served on all parties in interest listed on the following mailing list by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing        1100 Commerce street              Bank of America
0539-7                                  Room 1254                        PO Box 2278
Case 06-70001-hdh13                     Dallas, TX 75242-1305            Norfolk, VA 23501-2278
Northern District of Texas
Wichita Falls
Tue Sep 29 13:46:13 CDT 2009

Bank of America                         Bank of America                  CAPITAL ONE BANK
PO Box 26012                            PO Box 53132                     CO TSYS DEBT MGMT
Greensboro, NC 27420-6012               Phoenix, AZ 85072-3132           PO BOX 5155
                                                                         NORCROSS, GA 30091-5155


Capital One                             Credit Protection Association, L.P   Executive Services
PO Box 85167                            13355 Noel Rd                    PO Box 2248
Richmond, VA 23285-5167                 Dallas, TX 75240-6602            Wichita Falls, TX 76307-2248



HSBC Bank Nevada NA - HSBC Card Services III   HSBC Card Services        HSBC Card Services
by eCAST Settlement Corporation         PO Box 60102                     PO Box 80084
as its agent                            City of Industry, CA 91716-0102  Salinas, CA 93912-0084
POB 35480
Newark NJ 07193-5480


IRS Special Procedures                  JC Penney                        LVNV Funding LLC., its successors and assign
1100 Commerce St., Room 951             PO Box 981131                    Resurgent Capital Services
Mail Stop 5029 DAL                      El Paso, TX 79998-1131           P.O. Box 10587
Dallas, TX 75242-1001                                                    Greenville, SC 29603-0587



Monte J. White & Associates             National Auto Finance Co         Portfolio Recovery Associates, LLC.
1106 Brook Ave                          CO Nuvell Finance Services Corp  PO Box 41067
Wichita Falls TX 76301-5009             PO Box 7100                      Norfolk, VA 23541-1067
                                        Little Rock, AR 72223-7100


Providian                               Risk Management Alternatives-Hollywood V   eCAST Settlement Corporation
P O Box 9055                            PO Box 105022                    POB 35480
Pleasanton, CA 94566-9055               Atlanta, GA 30348-5022           Newark, NJ 07193-5480



nuvell credit corporation               Evelyn Ann Gentry                Monte J. White
po box 7100                             1018 Loop 187                    Monte J. White & Associates, P.C.
little rock ar 72223-7100               Jacksboro, TX 76458-4025         1106 Brook Avenue
                                                                         Wichita Falls, TX 76301-5009



UST U.S. Trustee                        Walter 12,13 OCheskey
1100 Commerce Street                    6308 Iola Avenue
Room 976                                Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Larry Gentry
address unknown

(d)Portfolio Recovery Associates, LLC.
POB 41067
Norfolk  VA  23541-1067

(d)eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480


End of Label Matrix
Mailable recipients    25
Bypassed recipients     3
Total                  28