U.S. NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**Signed October 29, 2009**             **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| Evelyn Ann Gentry § | CASE NO. 06-70001-HDH |
| § | |
| § | |
| DEBTOR § | |

ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT
FOR THE PURCHASE OF A VEHICLE

On this day came on to be heard/considered the Motion to Authorize Debtor's to Obtain Credit for the Purchase of a Vehicle. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds as follows:

1. Debtor should be allowed to incur new debt in an amount not to exceed $17,000.00 in connection with the purchase of a vehicle;

2. Debtor should be allowed to pay such expenses of purchase as set forth in the exhibit attached to Debtor's Motion (EXHIBIT A).

3. Debtor's disposable income is sufficient to make monthly payments of approximately $286.00 per month.

4. Debtor is authorized to pay directly to Monte J. White and Associates, P.C. the amount of $400.00 for the preparation and filing of this motion.

THEREFORE, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that Debtor is authorized to obtain credit for the purchase of a vehicle.

# # # END OF ORDER # # #

PREPARED BY:

Larry Lewis, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com